11-17-182-CR

Mr Hicks,                                              July 5, 2017

Thanks for the Response I feel I was
under duress, and forced to sign
it is my first dope case EVER
and They gave me a Really High number
on other first time dope cases got
lighter sentences then what I got and
I had to learn from another inmate
That I could Even appeal my
case we have no law library here
for me to search info I Really dont
know what I Really am doing I didnt
know that there was a timeline I feel like
I had ineffective counsel I feel like He
did not want to work for me
and Basically forced me to sign Please
Help Me to appeal my case I'll
sign on a 3yrs TdcJ for 3rd degree
Poss. meth first time and I'll sign on
credit card abuse 15 months or lower
Right now I feel that is more than
Reasonable for my charges Because
if I would have tooks it to trial I would
have Beat it my wifes mother accused me
of this crime and my wife was
going to testify on my Behalf against

her mother I have evidence
of not Being guilty of charges
But my lawyer was Being shity
and didn't want to go to
trial on may 30th's Planed
Please Help me on this matter
I felt like I had no other options
But I found out That I do Please
& Thank You

RECEIVED
IN COURT OF APPEALS
ELEVENTH DISTRICT

JUL 10 2017

SHERRY WILLIAMSON, CLERK

Sincerly

Joshua Casson

I got this letter on July 5th
it should Be there By Sat or that
following monday July 10th

Joshua Cosson 9607278#
c/o sh 2 7th St
Abilene, TX 79602

ABILENE TX 795

TAYLOR COUNTY
INMATE CORRESPONDENCE



Barn Swallow
FOREVER USA

Court of Appeals
100 West main street Stu. 300
P.O Box 271
Eastland, Texas 76448

76448002271